1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  JOYE BLANSCETT, Bar No. 191242
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7  PAUL V. SIMPSON, Bar No. 83878
   SIMPSON, GARRY & INNES, PC
8  601 Gateway Boulevard, Suite 950
   South San Francisco, CA  94080
9
   Attorneys for Defendants
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13
   LARRY TOTTEN, JOSE MORENO, in          ) No.     05-03738 EDL
14 their capacities as Trustees of the LABORERS )
   HEALTH AND WELFARE TRUST FUND          ) **JOINT CASE MANAGEMENT**
15 FOR NORTHERN CALIFORNIA;               ) **CONFERENCE STATEMENT AND**
   LABORERS VACATION-HOLIDAY TRUST        ) **REQUEST FOR CONTINUANCE**
16 FUND FOR NORTHERN CALIFORNIA;          )
   LABORERS PENSION TRUST FUND FOR        )
17 NORTHERN CALIFORNIA; and LABORERS      ) Date:  January 17, 2006
   TRAINING AND RETRAINING TRUST          ) Time:  10:00 a.m.
18 FUND FOR NORTHERN CALIFORNIA,          ) Courtroom: E, 15th Floor
                                          )
19              Plaintiffs,               )
                                          )
20          v.                            )
                                          )
21 RANDELL KENNETH THOMAS,                )
   individually; RANDELL KENNETH          )
22 THOMAS, individually and doing business as )
   PENINSULA IRRIGATION CO; THOMAS        )
23 DAVID WOODHAMS, individually;          )
   THOMAS DAVID WOODHAMS, individually )
24 and doing business as PENINSULA        )
   IRRIGATION CO; and PENINSULA           )
25 IRRIGATION CO, INC.                    )
                                          )
26              Defendants.               )
                                          )
27 ————————————————————————

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

**Joint Case Management Statement and Request for Continuance**
**Case No. 05-3788 EDL**

1

2

        The parties to the above-entitled action jointly submit this Case Management Conference

Statement and Request for Continuance:

3

4

## I.   **DESCRIPTION AND STATUS OF THE CASE**

        The above-captioned action was brought by the Plaintiff Trust Funds for allegedly unpaid

5

6

contributions found due and owing under an audit conducted by the Plaintiff Trust Funds' auditors

7

of Defendants' books and records.  The Plaintiffs action arises under and is brought pursuant to

8

Section 502 of the Employee Retirement Income Security Act, as amended (ERISA), 29

9

U.S.C§1132, and section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185.

10

        Since the filing of the above-captioned action, the parties have reached a tentative

11

settlement.  The settlement is conditional on Defendants providing certain information and/or

12

documentation to Plaintiffs.  The Parties anticipate that the necessary information and documents

13

can be exchanged and the settlement finalized by the end of January 2006.

14

        ///

15

        ///

16

        ///

17

        ///

18

        ///

19

        ///

20

        ///

21

        ///

22

        ///

23

        ///

24

        ///

25

        ///

26

        ///

27

        ///

28

        ///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

**Joint Case Management Statement and Request for Continuance**
**Case No. 05-03788 EDL**

## II.    REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

In order for the parties to have sufficient time to finalize their settlement, the parties hereby requests that the Court continue the case management conference set for January 17, 2006 at 10:00 a.m. for at least sixty (60) days.

Dated: January 10, 2006

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____ /s/
    BARRY E. HINKLE
    JOYE BLANSCETT
    Attorneys for Plaintiffs

Dated: January 10, 2006

SIMPSON GARRITY & INNES
A Professional Corporation

By: _____ /s/
    PAUL V. SIMPSON
    Attorneys for Defendants

## ORDER

IT IS SO ORDERED that the Case Management Conference set for January 17, 2006, at 10:00 a.m. is continued until ____March 21, 2006____ at 10:00 a.m. and that the parties are ordered to submit a joint case management statement seven (7) days in advance of said conference.

Dated: January 11, 2006

ELIZABETH _____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED Judge Elizabeth D. Laporte*

103231/407407

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Joint Case Management Statement and Request for Continuance

**PROOF OF SERVICE**
(CCP 1013)

I am a citizen of the United States and an employee in the County of ALAMEDA, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On January 10, 2006, I served upon the following parties in this action:

> Paul V. Simpson
> Simpson, Garrity & Innes, PC
> 601 Gateway Boulevard, Suite 950
> South San Francisco, CA 94080

copies of the document(s) described as:

**Joint Case Management Conference Statement and Request For Continuance**

**[X]**  **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**  **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]**  **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]**  **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on January 10, 2006.

Jilala Foley

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001